**Order entered October 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00856-CR

## EX PARTE ALEJANDRO TOVAR

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MC13-A1095**

## ORDER

On July 18, 2013, this Court received a supplemental clerk's record containing the trial court's order on appellant's application for writ of habeas corpus. The reporter's record reflects that at the conclusion of the March 22, 2013 hearing, the trial court denied appellant relief. However, the written order, also dated March 22, 2013, does not reflect the trial court's ruling. Rather, the order has a section that says, "The motion is GRANTED/DENIED," but neither ruling is marked.

Accordingly, we **ORDER** the Honorable Elizabeth Frizell, Presiding Judge of the County Criminal Court No. 10, to file, within **TEN DAYS** of the date of this order, a supplemental record containing an order that clearly reflects the trial court's denial of the relief sought by appellant's application for writ of habeas corpus.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, County Criminal Court No. 1; the Dallas County

Clerk's Office, Criminal Records Division; and Michael Casillas, Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Alejandro Tovar, 1913 Pembroke Street, Irving, Texas 75060.

/s/    KERRY P. FITZGERALD
          PRESIDING JUSTICE